**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 83 EAL 2024

Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court

v. :

DANIEL A. BURRUS, :

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.